1  Gerald D. Lane Jr., CA # 352470
   E-mail: gerald@jibraellaw.com
2  The Law Offices of Jibrael S. Hindi
   1515 NE 26th Street
3  Wilton Manors, FL 33305
   Phone: (754) 444-7539
4

5  *Counsel for Plaintiff*

6
                UNITED STATES DISTRICT COURT
7                CENTRAL DISTRICT OF CALIFORNIA
8

9  **ALLISON BLANK,**                    Case No.: 5:25-cv-00019-SHK
   *individually and on behalf of all those*
10 *similarly situated,*

11
                                         Hon. Shashi H. Kewalramani
12           Plaintiff,

13     vs.
   **DR. MARTENS AIRWAIR USA LLC,**     NOTICE OF VOLUNTARY DISMISSAL
14
                                         WITHOUT PREJUDICE
15           Defendant.

16
        Plaintiff Allison Blank, individually, by and through undersigned counsel, pursuant to Rule
17
   41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary
18
   Dismissal *without* Prejudice of the above-styled action. Defendant has not filed an answer or a
19
   motion for summary judgment in this proceeding.
20

21

22

23

24

25

26

27

28

                              1
                Notice of Voluntary Dismissal

Dated: 7/1/2025

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 7/1/2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470